UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLYERS RIGHTS EDUCATION FUND, INC., *et al.*,<br>       Plaintiffs,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>       Defendant. | Civil Action No. 19-3749 (CKK) |

**ORDER**
(November 23, 2020)

On November 13, 2020, Daniel Mark Gellert filed a [22] Motion for Leave to File Amicus Curiae Brief in Support of Motion for Summary Judgment of Flyers' Rights Education Fund, Inc. Upon review of Movant Gellert's Motion, the Court concludes that the Motion is not in compliance with Local Civil Rule 7(o)(2), which provides in pertinent part:

> A motion for leave to file an amicus brief shall concisely state the nature of the movant's interest; identify the party or parties supported, if any; and set forth the reasons why an amicus brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case. The motion shall state the position of each party as to the filing of such a brief and be accompanied by a proposed order.

LCvR 7(o)(2). Specifically, Movant Gellert's motion fails to identify why his position is not adequately represented by a party; why the matters asserted are relevant to the disposition of the case; and the position of each party as to the filing of his amicus brief. In addition, Movant Gellert's Motion is not accompanied by a proposed order.

Accordingly, it is this 23rd day of November, 2020 ORDERED that Movant Gellert's [22] Motion for Leave to File Amicus Curiae Brief is DENIED. The Clerk of the Court shall mail a copy of this Order to Movant Gellert's address of record.

**SO ORDERED.**

                                               /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge